No. 1867, Misc. THOMPSON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. ▇▇▇▇▇▇▇▇

No. 1870, Misc. STEVENS, ADMINISTRATRIX, ET AL. *v.* MIDWEST EMERY FREIGHT SYSTEMS, INC. Sup. Ct. Ohio. Certiorari denied.

No. 1871, Misc. GERZIN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 1872, Misc. WHITE *v.* HEGERHORST ET AL. C. A. 9th Cir. Certiorari denied. ▇▇▇▇▇▇▇

No. 1877, Misc. PARKS *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1881, Misc. CARNEGIE *v.* MACDOUGALL, CORRECTION COMMISSIONER, ET AL. C. A. 2d Cir. Certiorari denied. ▇▇▇▇▇▇▇

No. 1884, Misc. DUCKETT *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 1885, Misc. STINSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▇▇▇▇▇▇▇

No. 1887, Misc. BRAICO ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▇▇▇▇▇▇▇

No. 1888, Misc. DeCESARE *v.* NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 1895, Misc. NUGENT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 1897, Misc. HARMON *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.